THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KELLY RAY BURRIS,<br><br>　　　　　Defendant. | No. CR 16-234-RSL<br><br>ORDER GRANTING MOTION FOR TERMINATION OF SUPERVISED RELEASE |

This matter has come before the Court on defendant Kelly Burris's motion to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Mr. Burris's term of supervised release be terminated, pursuant to 18 U.S.C. § 3583(e).  Mr. Burris remains subject to the requirement that he register as a sex offender and comply with that law.

DONE this 17th day of December, 2021.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER FOR TERMINATION
OF SUPERVISED RELEASE
(US v. Kelly Burris; CR16-234RSL)  - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100